In the Matter of the Construction of the Will of LEON GOTTLIEB, Deceased.

Surrogate's Court, Kings County, December 20, 1948.

*Bernard H. Packman* and *Jacob Singer* for M. Leonard Gottlieb, as administrator *c. t. a.* of Leon Gottlieb, deceased, petitioner.

*James N. Fazio* for Family Schonberg Aid Society, respondent.

*Nathaniel L. Goldstein, Attorney-General* (*Corning G. McKennee* of counsel), respondent in person.

*John J. O'Connor* for United States Fidelity and Guaranty Company, respondent.

McGAREY, S. In this proceeding a judicial construction is requested of paragraph " Third " of testator's will, the terms of

which provide for a gift to a family corporation for the benefit of needy relatives in Europe.

The attempted gift herein is invalid for the reason that it is apparent that the gift is for a private use rather than one of public interest (*Matter of Beekman,* 232 N. Y. 365; *Matter of MacDowell,* 217 N. Y. 454).

Proceed accordingly.